FILED

2012 DEC 11  AM 11:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 12-CR-2968-WQH |
| Plaintiff, ) | |
| ) | **ORDER AND JUDGEMENT GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| v. ) | |
| CARLOS SOTELLO, JR., ) aka Carlos Ibarra-Castaneda, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against defendant Carlos Ibarra-Castaneda is dismissed without prejudice in the interests of justice.

DATED: December 10, 2012

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE